IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICAL | * | |
| v. | * | |
| DAVID FUNDERBURK | * | CRIMINAL NO. GLR-24-093 |
| Defendant | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANT'S DISCLOSURE OF WITNESS

Defendant David Funderburk, by his undersigned attorneys Donald C. Wright, and the Law Offices of Donald C. Wright, LLC, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, hereby notifies the United States of America of its intention to call the following witness at trial in the above-captioned matter:

David Funderburk, Jr.
935 South Charles Street, Apt. B
Baltimore, Maryland 21230
443-500-4727

Respectfully submitted,

Donald C. Wright
Federal Bar No. 27355
Law Offices of Donald C. Wright, LLC
611 Reisterstown Road
Pikesville, Maryland 21208
Tel: (410) 685-0202
Email: dcw@dcwrightlaw.com

Attorneys for David Funderburk

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of May, 2025 a copy of the foregoing *Defendant's Notice of Defense Witness* was sent via electronic filing to the Office of the United States Attorney.

_____
Donald C. Wright
CFP#: 0212190313